IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

Annette P. Jones, )
)
    Plaintiff, )
) Case No. 4:09-cv-00419-TCM
vs. )
)
HealthLink, Inc., et al. )
)
    Defendants. )

**MOTION:** Granted ✓ / Denied ___ / Overruled ___
Date: 05/15/09

## (UNOPPOSED) MOTION FOR ADDITIONAL TIME TO PLEAD

COMES NOW Defendant HealthLink, Inc. and hereby requests additional time, up to and including May 22, 2009 to answer or otherwise plead in response to the Complaint. Counsel for Plaintiff has indicated Plaintiff has no objection to this request.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: /s/ Neal F. Perryman
Neal F. Perryman, #24715
500 N. Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 444-7600
(314) 241-6056 Facsimile
nperryman@lewisrice.com

Attorneys for Defendant HealthLink, Inc.

1538473.01